[No. 18976-0-I. Division One. June 29, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JAMES ALLEN KROLL, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 86-1-00107-6, Walter J. Deierlein, Jr., J., entered June 9, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 18384-2-I. Division One. June 29, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
RAYMOND CLAUDE DENT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-03217-7, Robert M. Elston, J., entered March 21, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 18769-4-I. Division One. June 29, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JOHN STERLING POTTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-04260-0, James A. Noe, J., entered June 6, 1986. *Reversed* by unpublished per curiam opinion.

[No. 17601-3-I. Division One. June 29, 1987.]

EDWARD A. MEAD, *Appellant,* v. WILLIAM E. HENRY,
*as Chairman of the Board of Prison
Terms and Paroles, Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-2-01600-7, Daniel T. Kershner, J., entered November 26, 1985. *Affirmed* by unpublished per curiam opinion.